# In the United States Court of Federal Claims

**96-222C**

**Filed: March 17, 2003**

**R.P. WALLACE, INC.**

**v.**

**THE UNITED STATES**

## NOTICE OF DESIGNATION

Pursuant to General Order No. 42, this case has been designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. In order to file documents in CM/ECF, attorneys of record must have a login and password. A CM/ECF login and password will be issued only to members of the United States Court of Federal Claims bar who have passed a certification test. Information about CM/ECF, including the certification process and test, is available at the court's public website (www.uscfc.uscourts.gov).

The following guidelines apply to all electronic cases in the CM/ECF system:

All documents in this case are to be filed electronically, except with leave of Court upon good cause shown or documents designated as sealed. Sealed documents shall be filed in paper form with the Clerk's office. All electronically filed documents are to be in Portable Document Format (.pdf). While electronic filing via Internet is preferred, the Clerk's office will make available a public terminal from which documents may be filed electronically during normal business hours only (8:45 am to 5:15 pm).

Do not attach certificates of service for documents filed electronically unless the document is served by hand as well. Service is complete upon electronic submission of an order or document and will be effected by electronic notice. Counsel are responsible for monitoring their e-mail accounts and, upon receipt of notice of an electronic filing, for retrieving the order or document electronically.

Counsel are on notice that **no allowance can be made for late filing of documents whose time limits are jurisdictional**.

s/ Margaret M. Earnest
Margaret M. Earnest, Clerk of Court