**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. WALLACE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 96-222C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR AN ENLARGEMENT OF TIME TO SUBMIT ITS APPENDIX A FILINGS**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of seven days, to and including March 31, 2003, to submit its Appendix A filings. Defendant's filings are presently due on March 24, 2003. Plaintiff's counsel has indicated that plaintiff does not object to this motion, which is defendant's first request for an enlargement of time for this purpose.

This request is necessary because the amount of time available to defendant's counsel to prepare defendant's Appendix A filings was significantly reduced by several events. First, on February 5, 2003, the United States Court of Appeals for the Federal Circuit ordered counsel to submit a response to appellant's petition for rehearing en banc in Information Technology & Applications Corp. v. United States, No. 02-5048, which response was filed on March 10, 2003. Second, based upon a February 19, 2003, status conference in Orbas & Associates v. United States, Fed. Cl. No. 02-135C, a case in the Court's ADR pilot program, counsel had to schedule depositions in San Antonio, Texas, for March 19-20, 2003, and in Sacramento, California, for March 27-28, 2003, in order to complete discovery in time for an ADR proceeding in May 2003.

For these reasons, therefore, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time of seven days, to and including March 31, 2003, to submit defendant's Appendix A filings.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

OF COUNSEL

ALAN CARAMELLA, ESQ.
Department of the Navy
Washington, DC 20374

s/Michael F. Kiely

MICHAEL F. KIELY
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 305-7572

Attorneys for Defendant

Date: March _____, 2003