**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. WALLACE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 96-222C** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S LIST OF EXHIBITS**

In accordance with paragraph 16 of Appendix A of the Rules of the United States Court of Federal Claims and the Court's order, dated January 22, 2003, as amended, we are submitting this list of exhibits that defendant expects to offer at trial, other than those to be used exclusively for impeachment. In addition to the exhibits indicated below, defendant has examined the exhibit list of plaintiff, and, having conferred with plaintiff regarding its exhibits, proposes to resubmit plaintiff's exhibit list as a joint exhibit list prior to the pre-trial conference on April 21, 2003.

EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| 1 | Selected Contractor's Daily Reports from Contract No. V586C-486, dated August 12, 1992, between R.P. Wallace, Inc. and the Department of Veterans Affairs, for roof repairs to a medical center in Jackson, Mississippi (various dates in 1993 and 1994). |
| 2 | Defense Contract Audit Agency Audit Report No. 1751-97B17200006 (January 15, 1998). |

3 Expert Witness Report of Stephen Weathers, P.E., Capital Project Management, Inc. (March 2003).

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/Michael F. Kiely

MICHAEL F. KIELY
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 305-7572

Attorneys for Defendant

OF COUNSEL

ALAN CARAMELLA, ESQ.
Department of the Navy
Washington, DC 20374

Date: March 31, 2003