**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. WALLACE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 96-222C** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S LIST OF WITNESSES**

In accordance with paragraph 15 of Appendix A of the Rules of the United States Court of Federal Claims and the Court's order, dated January 22, 2003, as amended, defendant is submitting this list of witnesses that defendant expects to call at trial to testify:

1. Michael Arnone<br>Inspector<br>United States Navy<br>Naval Support Activity<br>New Orleans, Louisiana

Mr. Arnone was the on-site inspector for the Navy during contract performance by plaintiff. Mr. Arnone will testify about the delays experienced by plaintiff. Defendant expects that one hour will be necessary for the direct testimony of Mr. Arnone.

2. Lt. Commander Vernon R. Turner<br>Deputy Operations Officer<br>Engineering Field Activity Northwest<br>United States Navy<br>19917 7th Avenue, NE<br>Poulsbo, Washington 08370

Lt. Commander Turner was the Navy's Resident Officer in Charge of Construction at the Naval Support Activity in New Orleans, Louisiana, during plaintiff's performance of the contract. Lt. Commander Turner will testify about the contract performance by plaintiff, delays to the

project, delays caused by the window specification, and the time extensions that were granted to plaintiff by the Navy. Defendant expects that two to three hours will be necessary for the direct testimony of this witness.

3. Doreatha Brown, C.P.A.
Technical Specialist
Defense Contract Audit Agency
New Orleans, Louisiana

Ms. Brown is an auditor within the Defense Contract Audit Agency, which performed an audit upon plaintiff's claim in January 1998. Ms. Brown will testify about the audit, and the delay damages, if any, that plaintiff may recover, should the Court determine that plaintiff experienced excusable delay on the project. Defendant anticipates that it will need approximately one to hour for the direct testimony of this witness.

4. Stephen Weathers, P.E.
Project Manager
Capital Project Management, Inc.
1777 Sentry Parkway West
Abington Hall, Suite 100
Blue Bell, Pennsylvania 19422-2210

Mr. Weathers is an expert in construction scheduling and claims analysis who has been designated by defendant as an expert witness. Mr. Weathers is expected to testify about delays to the critical path of the project, to quantify those delays, and to offer an opinion as to whom such delays are attributable. Mr. Weathers is also expected to testify about the delay damages, if any, that plaintiff may recover, should the Court determine that plaintiff experienced excusable delay on the project. Defendant anticipates that it will need approximately two to three hours for the direct testimony of this witness.

In addition to the witnesses listed above, defendant reserves the right to call as a witness

any person identified in plaintiff's list of proposed witnesses. Defendant also reserves the right to call additional persons, not named above, as rebuttal witnesses, if necessary.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/Michael F. Kiely

MICHAEL F. KIELY
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 305-7572

Attorneys for Defendant

OF COUNSEL

ALAN CARAMELLA, ESQ.
Department of the Navy
Washington, DC 20374

Date: March 31, 2003