**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. WALLACE, INC.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO.: 96-222C** |
| | ) | **(Judge Allegra)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant,** | ) | |

**PLAINTIFF'S POST TRIAL MEMORANDUM**

At the end of the hearing on the above-cited case, the Court requested that the plaintiff furnish by May 16 copies of any discovery requests submitted by the plaintiff to the defendant concerning requests for daily reports and other documents in the possession of the defendant. This request was initiated based on the defendants attempting to submit copies of daily reports that had not been previously identified or provided to the plaintiff.

Upon review of the pleading files in this case, plaintiff has not discovered any submission of Interrogatories or Requests For Production on the part of the plaintiff. Therefore, it would appear that the defendant has not violated any discovery requests from the plaintiff.

However, the Court's Scheduling Order filled on January 23, 2003 specifically provides in Paragraph 4(c) that the defendant provide a separate statement setting forth a list of Exhibits to be offered at trial pursuant to RCFC, Appendix A, Paragraph 16 which requires the Exhibit List to separately identify those Exhibits which the parties expect to offer or that the parties may offer if the need arises. It should be noted that the Daily Reports, which the defendant attempted to enter into the record, were not identified in its Exhibit List; in fact, the Expert's Report and the

Exhibit List noted that there were gaps in the Daily Reports for which there were no documentation.

While the defendant cannot be charged with violation of any continuing discovery requests, the plaintiff still objects to introduction of the Exhibits into the record as the defendant had these Exhibits in its possession prior to the formulation of the Joint List of Exhibits and did not notify the plaintiff that these documents existed, or provide copies to the plaintiff.

This 20th day of May, 2003.

Respectfully Submitted,

/s/

J. Hatcher Graham
Georgia Bar No.: 304577

P.O. Box 95269
Atlanta, Georgia 30347
(404) 929-9122