**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. WALLACE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 96-222C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**AN ENLARGEMENT OF TIME TO RESPOND TO THE COURT'S ORDER**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of seven days, to and including May 30, 2003, to respond to the Court's order, dated May 7, 2003, regarding discovery. Defendant's response is presently due on May 23, 2003. Plaintiff's counsel has indicated that plaintiff does not object to this motion, which is defendant's first request for an enlargement of time for this purpose.

This request is necessary due to the brief amount of time available to defendant's counsel to respond to the Court's order since it was issued on May 7, 2003. First, defendant's counsel was on annual leave for the week of May 11-17, 2003. Second, the amount of time available to counsel was significantly reduced due the effort necessary to prepare defendant-appellant's response to appellee's voluminous application for attorney fees and expenses in Abcon Associates, Inc. v. United States, Fed. Cir. Nos. 01-5149, 02-5005, which response counsel filed on May 20, 2003. Finally, counsel was required to be away on travel to Blue Bell, Pennsylvania, on Wednesday, May 21, 2003, and to Colonial Heights, Virginia, on Thursday, May 22, 2003, for discovery matters in Orbas & Associates v. United States, Fed. Cl. No. 02-135C. Counsel is in the process of preparing defendant's response to the Court's order, which will include the

scanning of numerous documents, and expects that defendant's response will be ready for filing on or before May 30, 2003.

For these reasons, therefore, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time of seven days, to and including May 30, 2003, to respond to the Court's order regarding discovery.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/Michael F. Kiely

MICHAEL F. KIELY
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 305-7572

Attorneys for Defendant

OF COUNSEL

ALAN CARAMELLA, ESQ.
Department of the Navy
Washington, DC 20374

Date: May 22, 2003