# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 11-22-94

CONTRACT NO.: 91-C-7226

TITLE AND LOCATION: Bldg. 58

REPORT NO.: 164

CONTRACTOR: R.P. Wallace Roofing CO.

SUPERINTENDENT: Wm. G. Miniard

AM WEATHER: Clear

PM WEATHER: Clear

MAX TEMP: 48 °F

MIN TEMP: 65 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Put Brick Wall Part Way | RPWallace | 1 | SUPT. | 11 |
| up AT South West Door For | " " | 1 | CArpenter | 10 |
| 2nd Floor, | " " | 1 | Painter | 1.0 |
| | | 1 | Bricklayer | 1.0 |
| Painted window in MainTes- | | 1 | Helper | 10 |
| Suply Room | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 51

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 3602

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 3653

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED:
Check Power Equipment

X SAFETY REQUIREMENTS HAVE BEEN MET

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB:
N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY:
SAme

REMARKS:

Wm G Miniard

Wm G. Miniard
CONTRACTOR/SUPERINTENDENT

11-22-94
DATE

01400-1 6/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 11-22-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT | |
|---|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | | |
| | MATERIALS ARE STORED PROPERLY | | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | | |
| | TESTING PLAN HAS BEEN REVIEWED | | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | | |
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | | n/A | TESTING PERFORMED & WHO PERFORMED TEST: n/A |
| | SAMPLE HAS BEEN PREPARED/APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | | | |
| | TEST RESULTS ARE ACCEPTABLE | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | | | |
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE | | Put Brick up part wax on wall at southwest Door way For 2nd Floor painted window in maintous Room | TESTING PERFORMED & WHO PERFORMED TEST: n/A |

REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS): n/A

REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST): n/A

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm G Miniard — AUTHORIZED QC MANAGER AT SITE — DATE 11-22-94

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

11/23/94 Instructed William to see Glenn (civ in charge, 1st fl) and provide additional keys for new door locks to him as requested per the contract. Also instructed William to provide Sherwin Williams paint selection for to me for PW to select paint colors for exterior of bldg.

M. Arnone — GOVERNMENT QUALITY CONTROL MANAGER — DATE 11/23/94

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 11-23-94

REPORT NO.:

CONTRACT NO.: 91-C-7226

TITLE AND LOCATION: Bldg. 5__

CONTRACTOR: R.P. Wallace Roofing Co.

SUPERINTENDENT: Wm G Miniard

AM WEATHER: Clear

PM WEATHER:

MAX TEMP: 54

MIN TEMP: 72 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Work on new Door Thresh | RP Wallace | 1 | SUPT. | 6 |
| Plate | " " | 1 | carpenter | 6 |
| | " " | 1 | Painter | 6 |
| Drop sealing Tile in | | | | |
| MainTous OFFice | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 18

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 3658

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 3676

SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

Check All Power Equipment

Yes — SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY.

SAME

REMARKS

Wm G. Miniard

Wm G. Miniard

CONTRACTOR/SUPERINTENDENT

11-23-94

DATE

01-00-1 6/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 11-23-94

Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE

IDENTIFY DEFINABLE FEATURES OF WORK

| | |
|---|---|
| THE PLANS AND SPECS HAVE BEEN REVIEWED | |
| THE SUBMITTALS HAVE BEEN APPROVED | |
| MATERIALS COMPLY WITH APPROVED SUBMITTALS | |
| MATERIALS ARE STORED PROPERLY | |
| PRELIMINARY WORK WAS DONE CORRECTLY | |
| TESTING PLAN HAS BEEN REVIEWED | |
| WORK METHOD AND SCHEDULE DISCUSSED | |

| | |
|---|---|
| PRELIMINARY WORK WAS DONE CORRECTLY | |
| SAMPLE HAS BEEN PREPARED/APPROVED | |
| WORKMANSHIP IS SATISFACTORY | |
| TEST RESULTS ARE ACCEPTABLE | |
| WORK IS IN COMPLIANCE WITH THE CONTRACT | |

N/A

TESTING PERFORMED & WHO PERFORMED TEST

N/A

WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE

Instal Thresh Plate For new Doars.
Put up Drop sealing Tile
In maintous Room

TESTING PERFORMED & WHO PERFORMED TEST

N/A

REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS)

N/A

REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST)

N/A

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract plans and specifications to the best of my knowledge except as noted in this report.

Wm G Meninard
AUTHORIZED QC MANAGER AT SITE

11-23-94
DATE

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

[signature]
GOVERNMENT QUALITY CONTROL MANAGER

11/28/94
DATE

From 11-24-94

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: TO 11-28-94

CONTRACT NO.: 91-C-7226

TITLE AND LOCATION: Bldg. 58

REPORT NO.:

CONTRACTOR: R P Wallace Roofing Co.

SUPERINTENDENT: Wm. G. Miniard

AM WEATHER: | PM WEATHER: | MAX TEMP: | MIN TEMP:

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| | RPWallace | 1 | SUPT. | |
| no work | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? ☐ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☐ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☐ NO
(If YES attach statement of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☐ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 0

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT:

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 3676

SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

SAFETY REQUIREMENTS HAVE BEEN MET

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY.

REMARKS

Wm G. Miniard

CONTRACTOR/SUPERINTENDENT

From 11-24-94
To 11-28-94

DATE

06-91-7226

01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE

Y - YES; N - NO; SEE ...; BLANK - NOT APPLICABLE

IDENTIFY DEFINABLE FEATURES OF WORK ...

| | |
|---|---|
| THE PLANS AND SPECS HAVE BEEN REVIEWED | |
| THE SUBMITTALS HAVE BEEN APPROVED | |
| MATERIALS COMPLY WITH APPROVED SUBMITTALS | |
| MATERIALS ARE STORED PROPERLY | |
| PRELIMINARY WORK WAS DONE CORRECTLY | |
| TESTING PLAN HAS BEEN REVIEWED | |
| WORK METHOD AND SCHEDULE DISCUSSED | |

| | |
|---|---|
| PRELIMINARY WORK WAS DONE CORRECTLY | |
| SAMPLE HAS BEEN PREPARED/APPROVED | |
| WORKMANSHIP IS SATISFACTORY | |
| TEST RESULTS ARE ACCEPTABLE | |
| WORK IS IN COMPLIANCE WITH THE CONTRACT | |

TESTING PERFORMED & WHO PERFORMED TEST

WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE.

TESTING PERFORMED & WHO PERFORMED TEST

no Work

REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS)

REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST)

... the contractor, I certify that this report is complete and correct and equipment and ... and work performed during this reporting period is in compliance with the contract ... specifications to the best of my knowledge except as noted in this report.

Wm G Miniard

AUTHORIZED QC MANAGER AT SITE

From 11-24-94 To 11-27-94

DATE

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

... ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

[signature]

GOVERNMENT QUALITY CONTROL MANAGER

11/28/94

DATE

... 6/91

(Back)

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 11-28-94

CONTRACT NO.: 91-C-7226

TITLE AND LOCATION: Bldg. 58

REPORT NO.:

CONTRACTOR: R.P. Wallace Roofing Co.

SUPERINTENDENT: Wm. G. Miniard

AM WEATHER: cloudy 40% Rain

PM WEATHER: PT cloudy/40% R.

MAX TEMP: 58 °F

MIN TEMP: 70 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Removed 1 old window over | RP Wallace | 1 | SUPT. | 11 |
| Boiler Room on 2nd Floor | Lasco | 1 | supervisor | 10 |
| Board up opening with Plywood | " | 3 | AST. men | 10 |
| Removed small A.C. units from | | | | |
| windows, A.C. units Remain in - | | | | |
| Room's | | | | |
| Strip Paint on Door To Boiler | | | | |
| Room, 2nd Time | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 31

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 3676

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 3707

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

Check SAFETY Belts For scaFel men working on Windows --

SAFETY REQUIREMENTS HAVE BEEN MET: Yes

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

SAME

REMARKS

Wm G. Miniard

Wm G. Miniard

CONTRACTOR/SUPERINTENDENT

DATE: 11-28-94

FORM 01400-1 6/91

06-91-7226

01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 11-28-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | |
| | MATERIALS ARE STORED PROPERLY | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | |
| | TESTING PLAN HAS BEEN REVIEWED | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | |

| PHASE | | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|---|
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | ✓ | | Air Test Made By Lasco |
| | SAMPLE HAS BEEN PREPARED/APPROVED | ✓ | | |
| | WORKMANSHIP IS SATISFACTORY | ✓ | | |
| | TEST RESULTS ARE ACCEPTABLE | ✓ | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | ✓ | | |

| PHASE | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE. | Removed 1-window on 2nd Floor, Removed A.C. units From Windows Strip old Paint From Boiler-Room Door | Lab Test will Be made Later |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm G Minnard — AUTHORIZED QC MANAGER AT SITE — DATE 11-28-94

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

11/29/94 Phoned Roland and reminded him what was needed, IAW the contract, for providing locks & keys for new doors.

M. Amore Sr. — GOVERNMENT QUALITY CONTROL MANAGER — DATE 11/29/94

... 01400-1 6/91

(Back)

Sheet of

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 11-29-94

REPORT NO.

CONTRACT NO.: 91-C-7226

TITLE AND LOCATION: Bldg. 58

CONTRACTOR: R.P Wallace Roofing Co.

SUPERINTENDENT: Wm G Miniard

AM WEATHER: 90%

PM WEATHER: 90%

MAX TEMP: 54 °F

MIN TEMP: 68 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Taped up & sealed windows | RP Wallace | 1 | SUPT. | 10 |
| on East ind 2nd Floor | " " | 1 | Painter | 4 |
| | Lasco | 1 | supewiser | 2 |
| | | 1 | AST. worker | 2 |
| | | | | 18 |

JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? ☒ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☒ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☒ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☒ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 18

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 3707

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 3725

SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

Check All Equipment

Yes — SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY.

Same

REMARKS

Wm G. Miniard

Wm G. Miniard — CONTRACTOR/SUPERINTENDENT

11-29-94 — DATE

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 11-29-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT | |
|---|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | | |
| | MATERIALS ARE STORED PROPERLY | | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | | |
| | TESTING PLAN HAS BEEN REVIEWED | | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | | |
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | ✓ | N/A | TESTING PERFORMED & WHO PERFORMED TEST: N/A |
| | SAMPLE HAS BEEN PREPARED/APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | | | |
| | TEST RESULTS ARE ACCEPTABLE | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | ✓ | | |
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE | | Taped up windows on 2nd Floor south East end | TESTING PERFORMED & WHO PERFORMED TEST: N/A |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm G Minnard — AUTHORIZED QC MANAGER AT SITE — DATE 11-29-94

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

11/30/94 Delivered Sherwin Williams paint selection chart to Ben for color selections in contract.

M. Amone — GOVERNMENT QUALITY CONTROL MANAGER — DATE 11/30/94

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 11-30-94

REPORT NO.

CONTRACT NO.: 91-C-7226

TITLE AND LOCATION: Bldg. 28

CONTRACTOR: R.P. Wallace Roofing Co.

SUPERINTENDENT: Wm G Miniard

AM WEATHER: PT Cloudy

PM WEATHER: PT Cloudy

MAX TEMP: 48 °

MIN TEMP: 67 °

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| PUT UP DOWN SPOUTS ON NORTH | RP Wallace | 1 | SUPT. | 11 |
| Side OF Bldg. | " " | 1 | PAinTer | 8 |
| | " " | 1 | MeTal Machan | 11 |
| Removed Windows over Doar | " " | 1 | MeTal Helper | 11 |
| To 2nd Floar + over Glass Door | hasco | 1 | Supervisor | 8 |
| AT South East End, | | 3 | Asb Worker | 8 |
| | | | | |
| Boarded up opening With Plywood | | | | |
| + Polyerthane, | | | | |

JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 73

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 3725

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 3798

SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

Check All Power Equipment

Yes — SAFETY REQUIREMENTS HAVE BEEN MET

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

Down Spouts + Brackets For wall

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

SAME

REMARKS

Wm G Miniard

Wm G. Miniard

CONTRACTOR/SUPERINTENDENT

11-30-94

DATE

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 11-30-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | |
| | MATERIALS ARE STORED PROPERLY | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | |
| | TESTING PLAN HAS BEEN REVIEWED | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | |

| PHASE | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | ✓ | Air Test Made By hosco |
| | SAMPLE HAS BEEN PREPARED/APPROVED | ✓ | |
| | WORKMANSHIP IS SATISFACTORY | ✓ | |
| | TEST RESULTS ARE ACCEPTABLE | ✓ | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | ✓ | |

**FOLLOW-UP**

WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE

Put up Downspouts on north side of Bldg.
Removed old windows over Door To 2nd Floor + over Glass Door in office To South side

TESTING PERFORMED & WHO PERFORMED TEST

Lab Test will Be made Later

REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS)

N/A

REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST)

N/A

REMARKS

...behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm G Miniard — AUTHORIZED QC MANAGER AT SITE — DATE 11-30-94

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

12/1/94 Received paint selection colors from PW and provided to William. All interior paint shall match as closely as possible the existing color scheme. All 2nd floor colors (interior) will be selected by Randy (AES). Exterior doors & fire stairs, White. And any other exterior will match brick as close as possible.

M. Arnone — GOVERNMENT QUALITY CONTROL MANAGER — DATE 12/1/94

...1401-1 6/91 (Back) Sheet of