# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

| | |
|---|---|
| DATE | 12-1-94 |
| CONTRACT NO. | 91-C-7226 |
| TITLE AND LOCATION | Bldg. 58 |
| REPORT NO. | |
| CONTRACTOR | R.P. Wallace Roofing Co. |
| SUPERINTENDENT | Wm. G. Miniard |
| AM WEATHER | Clear |
| PM WEATHER | Clear |
| MAX TEMP | 46 °F |
| MIN TEMP | 69 °F |

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Put up Down spouts on South | RP Wallace | 1 | SUPT. | 11 |
| side Bldg. | " " | 1 | Painter | 11 |
| Boxed in wall studs with | " " | 1 | Metal Mechanic | 11 |
| Sheet Rock, where Boiler Pipe | " " | 1 | Metal helper | 11 |
| went threw 2nd Floor | Lasco | 1 | Superviser | 8 |
| Framed wall studs where Toilet | " " | 3 | AST. Wokers | 8 |
| Pipe vent + Fan Duck To 1st Floor | | | | |
| went threw 2nd Floor. | | | | |
| | | | | |
| Remove 2 small windows over | | | | |
| Large window, north west side. | | | | |
| of Bldg. | | | | |

## JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? ☒ YES ☐ NO
(IF YES attach a copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☒ NO
(IF YES attach a copy of completed OSHA report)

WAS TRENCHING/SCAFFOLDING/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☒ NO
(IF YES attach statement of checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☒ NO
(IF YES attach description of incident and proposed action)

| | |
|---|---|
| TOTAL WORK HOURS ON JOB SITE THIS DATE | 76 |
| CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT | 3798 |
| TOTAL WORK HOURS FROM START OF CONSTRUCTION | 3874 |

SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED: Check All Power Equipment

Yes — SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

SAME

REMARKS

Wm G Miniard

Wm G. Miniard — CONTRACTOR/SUPERINTENDENT

12-1-94 — DATE

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-1-94

PHASE — Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE

IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT

**PREPARATORY**

| | |
|---|---|
| THE PLANS AND SPECS HAVE BEEN REVIEWED | |
| THE SUBMITTALS HAVE BEEN APPROVED | |
| MATERIALS COMPLY WITH APPROVED SUBMITTALS | |
| MATERIALS ARE STORED PROPERLY | |
| PRELIMINARY WORK WAS DONE CORRECTLY | |
| TESTING PLAN HAS BEEN REVIEWED | |
| WORK METHOD AND SCHEDULE DISCUSSED | |

**INITIAL**

| | |
|---|---|
| PRELIMINARY WORK WAS DONE CORRECTLY | ✓ |
| SAMPLE HAS BEEN PREPARED/APPROVED | ✓ |
| WORKMANSHIP IS SATISFACTORY | ✓ |
| TEST RESULTS ARE ACCEPTABLE | ✓ |
| WORK IS IN COMPLIANCE WITH THE CONTRACT | ✓ |

TESTING PERFORMED & WHO PERFORMED TEST

Air Test Made By hanco

**FOLLOW-UP**

WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE.

Put up Downspouts on south side Bldg.
Work on sheetRock where Duck + pipes go Threw 2nd Floor
Removed smal windows on north side of Bldg.

TESTING PERFORMED & WHO PERFORMED TEST

Lab Test will Be Made + Turned in Later

REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS)

N/A

REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST)

N/A

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm H. Minard — AUTHORIZED QC MANAGER AT SITE — DATE 12-1-94

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

M. Devone QC — GOVERNMENT QUALITY CONTROL MANAGER — DATE 12/2/94

ENG FORM 01400-1 6/91

(Back)

Sheet of

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-2-94

CONTRACT NO. 91-C-7226 | TITLE AND LOCATION Bldg. 3 | REPORT NO.

CONTRACTOR R.P. Wallace Roofing Co | SUPERINTENDENT Wm. G. Miniard

AM WEATHER PT. Cloudy | PM WEATHER PT. Cloudy | MAX TEMP 78 °F | MIN TEMP 72 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Framed Wall Studs + Put | R.P. Wallace | 1 | SUPT. | 10 |
| Sheat Rock on For 1ST Floor | 11 11 | 1 | PAinTer | 9 |
| Bathroom | 11 | 1 | Brickbayer | 8 |
| | 11 11 | 1 | Helper | 8 |
| | | | | |
| | | | | |
| | | | | |
| PuT one new window | | | | |
| in-in Opening 2nd Floor | SoThern Custom | 1 | Machanic | 6 |
| North side Bldg. | Installation | 1 | Helper | 6 |
| | | | | |
| | | | | |

JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? ☐ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☐ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLDING/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☐ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☐ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 47

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 3874

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 3921

SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

Check All Power Equipment

yes SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

n/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

SAme

REMARKS

Wm G. Miniard

Wm G. Miniard — CONTRACTOR/SUPERINTENDENT

12-2-94 — DATE

06-91-7226

01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-2-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | | |
| | MATERIALS ARE STORED PROPERLY | | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | | |
| | TESTING PLAN HAS BEEN REVIEWED | | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | | |
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | | N/A | N/A |
| | SAMPLE HAS BEEN PREPARED/APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | | | |
| | TEST RESULTS ARE ACCEPTABLE | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | | | |
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE | - | Put sheetRock on Frame to 1st Floor Bathroom<br>put window in 2nd Floor northside | N/A |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm G Minniard
AUTHORIZED QC MANAGER AT SITE

DATE ~~12-2-94~~ 12-2-94

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

M. Amone
GOVERNMENT QUALITY CONTROL MANAGER

DATE 12/6/94

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 12-5-94

CONTRACT NO.: 91-C-7226
TITLE AND LOCATION: Bldg. 58
REPORT NO.:

CONTRACTOR: R.P. Wallace Roofing Co.
SUPERINTENDENT: Wm. G. Miniard

AM WEATHER: Cloudy & Rain
PM WEATHER: Cloudy
MAX TEMP: 64 °F
MIN TEMP: 72 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Cut out wood at top of | RP Wallace | 1 | Supt. | 10 |
| windows Southside at door | " " | 1 | Painter | 8 |
| way & office on northside | " " | 1 | Carpenter | 8 |
| Framed windows with Treated | | | | |
| 2X6 And 1X8 | | | | |
| Put in new windows | | | | |
| | | | | |
| | | | | |
| | Sothern Custom | 1 | Machanic | 10 |
| | Installation | 1 | Helper | 10 |
| | | | | |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 46

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 3921

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 3967

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED:
Check All Power Equipment

Yes — SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB:
10 - 2X6 - 10FT, 4 - 2X6 - 8FT Treated
12 - 1X8 - 10FT, 6 - 1X8 - 8FT Treated

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY:
Same

REMARKS:

Wm G. Miniard

Wm G. Miniard
CONTRACTOR/SUPERINTENDENT

12-5-94
DATE

FORM 01400-1 6/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-5-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | |
| | MATERIALS ARE STORED PROPERLY | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | |
| | TESTING PLAN HAS BEEN REVIEWED | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | |

| PHASE | | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|---|
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | | N/A | N/A |
| | SAMPLE HAS BEEN PREPARED/APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | | | |
| | TEST RESULTS ARE ACCEPTABLE | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | | | |

| PHASE | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE | Removed old wood AT Top of windows AT Doorway on south side, & office on north side Bldg. PuT in new windows AT openings & new wood For Framing. | N/A |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm G. Miniard (signature) — AUTHORIZED QC MANAGER AT SITE — DATE 12-5-94

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

M. Amone (signature) — GOVERNMENT QUALITY CONTROL MANAGER — DATE 12/6/94

FORM 01400-1 5/91

(Back)

Sheet of

# CONTR. TOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 12-6-94

CONTRACT NO.: 91-C-7226

TITLE AND LOCATION: Bldg. 58

REPORT NO.:

CONTRACTOR: R.P. Wallace Roofing Co.

SUPERINTENDENT: Wm. G. Miniard

AM WEATHER: Cloudy no Rain

PM WEATHER: Clear

MAX TEMP: 68 °F

MIN TEMP: 75 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| CUT OUT Old Wall OPening For | RPWallace | 1 | SUPT. | 11 |
| Windows 4 secTion To West | " " | 1 | CArPenTer | 10 |
| end oF Bldg. Framed Window | " " | 1 | PAinTer | 10 |
| casin + PuT in new windows | Lasco | 1 | superviser | 6 |
| | " | 2 | Asb. worker | 6 |
| Removed 4 Windows 2nd Floor | | | | |
| East end oF Bldg. Boarded uP | | | | |
| windows For over night | | | | |
| | | | | |
| | SoThern custom | 1 | Machanic | 8 |
| | InsTallaTion | 1 | Helper | 8 |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 65

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 3967

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 4032

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED: Check All Power EQuipment

Yes — SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB: 2 - 2X4 FT celing Tile

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY: SAME

REMARKS

Wm G. Miniard

Wm G. Miniard — CONTRACTOR/SUPERINTENDENT

12-6-94 — DATE

FORM 01400-1 8/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-6-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | |
| | MATERIALS ARE STORED PROPERLY | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | |
| | TESTING PLAN HAS BEEN REVIEWED | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | |

| PHASE | | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|---|
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | ✓ | | Air Test Made BY hasco |
| | SAMPLE HAS BEEN PREPARED/APPROVED | ✓ | | |
| | WORKMANSHIP IS SATISFACTORY | ✓ | | |
| | TEST RESULTS ARE ACCEPTABLE | ✓ | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | ✓ | | |

| PHASE | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE.<br>CuT out Wall AT West ind IsT Floar For 4 section windows PuT in new windows Removed 4-windows AT East ind 2nd Floar + Boarded uP openings | Lab TesT will Be Turned in Later |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm G Miniard — AUTHORIZED QC MANAGER AT SITE

12-6-94 — DATE

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

M. Amore QA — GOVERNMENT QUALITY CONTROL MANAGER

12/7/94 — DATE

FORM 01400-1 6/91

(Back)

Sheet of

# CON[TR]ACTOR PRODUCTION REPO[RT]

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-7-94

CONTRACT NO. 91-C-7226

TITLE AND LOCATION Bldg. 58

REPORT NO.

CONTRACTOR R.P. Wallace Roofing Co.

SUPERINTENDENT Wm. H. Miniard

AM WEATHER clear / PM WEATHER clear

MAX TEMP: 92 °F / MIN TEMP: 81 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Removed glass window on 1st Floor | RP Wallace | 1 | SUPT. | 11 |
| South side of Bldg. | " " | 1 | carpenter | 10 |
| Put in new window at opening. | " " | 1 | Painter | 10 |
| Removed old window at East ind | Lasco | 1 | supervisor | 5 |
| of Bldg. 2nd Floor | " | 2 | Asb. Worker | 5 |
| Abatment work completed this day, | | | | |
| | | | | |
| Put in new Windows 2nd Floor north | | | | |
| East & South East ind, | | | | |
| | Sothern custom | 1 | Machanic | 9 |
| | Installation Inc | 1 | Helper | 9 |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 64

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 4032

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 4092

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED
Check All power Equipment

SAFETY REQUIREMENTS HAVE BEEN MET: Yes

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB
4 - Sheets Plywood ½"
6 - 1x8 - 10 FT Treated
4 - 1x6 - 6 FT Treated

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY
SAME

REMARKS could not install 3-section windows on 2nd Floor, window Factory ship Rong Pan pane Too Short For windows, Reorded correct Pan For windows,

Wm H Miniard

Wm H. Miniard
CONTRACTOR/SUPERINTENDENT

12-7-94
DATE

FORM 01400-1 6/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-7-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | |
| | MATERIALS ARE STORED PROPERLY | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | |
| | TESTING PLAN HAS BEEN REVIEWED | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | |

| PHASE | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | ✓ | ~~Test~~ Air Test made By Lasco. |
| | SAMPLE HAS BEEN PREPARED/APPROVED | ✓ | |
| | WORKMANSHIP IS SATISFACTORY | ✓ | |
| | TEST RESULTS ARE ACCEPTABLE | ✓ | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | ✓ | |

| PHASE | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE. | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|
| FOLLOW-UP | Removed Glass window south side Bldg, Installed new window, Removed old window AT East ind OF Bldg, Put new windows in north East + south East, on 2nd Floor could not Put in new window 3 section Type, Temp. Board up windows until Factory Deliver correct Pan. | lab Test will Be made Later |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| n/A | n/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm G Minard [signature] — AUTHORIZED QC MANAGER AT SITE — DATE 12-7-94

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

[signature] QA — GOVERNMENT QUALITY CONTROL MANAGER — DATE 12/9/94

FORM 01400-1 6/91

(Back)

Sheet of

# CONTRACTOR PRODUCTION REPORT
(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 12-8-94

CONTRACT NO.: 91-C-7226
TITLE AND LOCATION: Bldg. 58
REPORT NO.:

CONTRACTOR: R.P. Wallace Roofing Co.
SUPERINTENDENT: Wm. G. Miniard

AM WEATHER: PT. Cloudy
PM WEATHER: clear
MAX TEMP: 63 °F
MIN TEMP: 78 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| PUT Trim in OFFice North | RP Wallace | 1 | SUPT. | 11 |
| East 2nd Floor | " " | 1 | carpenter | 10 |
| | " " | 1 | Painter | 10 |
| Clean uP Trash AT North West | | | | |
| ind OF Bldg. | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 31

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 4092

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 4123

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED:
Check All Power Equipment

yes SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB:
1 - Dumpster
1 - Wheel Barrow

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY:
SAME

REMARKS:

Wm G. Miniard

Wm G. Miniard
CONTRACTOR/SUPERINTENDENT

12-8-94
DATE

FORM 01400-1 6/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT
(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-8-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | |
| | MATERIALS ARE STORED PROPERLY | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | |
| | TESTING PLAN HAS BEEN REVIEWED | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | |

| PHASE | | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|---|
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | | N/A | N/A |
| | SAMPLE HAS BEEN PREPARED/APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | | | |
| | TEST RESULTS ARE ACCEPTABLE | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | | | |

| PHASE | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE.<br>Work on inside Trim For windows<br>Clean most of Trash up | N/A |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wan G. Minard — AUTHORIZED QC MANAGER AT SITE

12-8-94 — DATE

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

12/9/94 Inspected for work remaining that is window related. Much inside trim, 5 windows need to be installed, 1 damaged, 2 have broken glass, 1 has incorrect glass, windows are hard to operate and have no screens installed.

M. Amone — GOVERNMENT QUALITY CONTROL MANAGER

12/9/94 — DATE

FORM 01400-1 6/91

(Back)

Sheet of

# CONTRACTOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 12-9-94

CONTRACT NO.: 91-C-7226

TITLE AND LOCATION: Bldg. 58

REPORT NO.:

CONTRACTOR: R.P. Wallace Roofing Co.

SUPERINTENDENT: Wm. G. Miniard

AM WEATHER: clear

PM WEATHER: PT. Cloudy

MAX TEMP: 61 °F

MIN TEMP: 75 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Work on window Trim 2nd | RPWallace | 1 | SUPT. | 8 |
| Floor | | 1 | carpenter | 8 |
| | | 1 | painter | 8 |
| Clean up Trash All around | | | | |
| Bldg. | | | | |

## JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 24

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 4123

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 4147

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

Check All Power Equipment

Yes — SAFETY REQUIREMENTS HAVE BEEN MET

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

SAME

REMARKS

Wm G. Miniard — CONTRACTOR/SUPERINTENDENT

12-9-94 — DATE

FORM 01400-1 8/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-9-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED. | | |
| | THE SUBMITTALS HAVE BEEN APPROVED. | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | |
| | MATERIALS ARE STORED PROPERLY. | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY. | | |
| | TESTING PLAN HAS BEEN REVIEWED. | | |
| | WORK METHOD AND SCHEDULE DISCUSSED. | | |

| PHASE | | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|---|
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY. | | N/A | N/A |
| | SAMPLE HAS BEEN PREPARED/APPROVED. | | | |
| | WORKMANSHIP IS SATISFACTORY. | | | |
| | TEST RESULTS ARE ACCEPTABLE. | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT. | | | |

| PHASE | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE. | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|
| FOLLOW-UP | Work on Window Trim 2nd Floor Clean up Trash All Around Bldg. | N/A |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

[signature] 12-9-94

AUTHORIZED QC MANAGER AT SITE — DATE

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

[signature] 12/13/94

GOVERNMENT QUALITY CONTROL MANAGER — DATE

FORM 01400-1 6/91

(Back)

Sheet of

# CON ACTOR PRODUCTION REPOI

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-12-94

CONTRACT NO. 91-C-7226 | TITLE AND LOCATION Bldg. 58 | REPORT NO.

CONTRACTOR R.P. Wallace Roofing Co. | SUPERINTENDENT Wm. Miniard

AM WEATHER Clear | PM WEATHER Clear | MAX TEMP: 36 °F | MIN TEMP: 68 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Work on SheeTRock walls | RPWallace | 1 | SUPT. | 10 |
| 2nd Floor | " " | 1 | CArpenTer | 8 |
| Framed Wall AT Windows | " " | 1 | PainTer | 8 |
| where glass wall was Removed | | | | |
| 1sT Floor. | | | | |

JOB SAFETY

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 26

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 4147

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 4173

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED

Check All Power EquipmenT

yes — SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB

N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY

SAme

REMARKS

Wm H. Miniard — CONTRACTOR/SUPERINTENDENT

12-12-94 — DATE

FORM 01400-1 8/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-12-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | |
| | MATERIALS ARE STORED PROPERLY | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | |
| | TESTING PLAN HAS BEEN REVIEWED | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | |

| PHASE | | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|---|
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | | N/A | N/A |
| | SAMPLE HAS BEEN PREPARED/APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | | | |
| | TEST RESULTS ARE ACCEPTABLE | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | | | |

| PHASE | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE. | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|
| FOLLOW-UP | Work on sheetRock walls on 2nd Floor, Framed window on 1st. Floor, | N/A |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm G Miniard — AUTHORIZED QC MANAGER AT SITE — DATE 12-12-94

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

12/13/94 I asked William when he expects proper windows and frames for remaining windows. He said he did not know.

M. Amore — GOVERNMENT QUALITY CONTROL MANAGER — DATE 12/13/94

FORM 01400-1 6/91

(Back)

Sheet of

# CONTR...TOR PRODUCTION REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 12-13-94

CONTRACT NO. 91-C-7226 | TITLE AND LOCATION: Bldg. 58 | REPORT NO.

CONTRACTOR: R.P. Wallace Roofing Co. | SUPERINTENDENT: Wm. G. Miniard

AM WEATHER: Clear | PM WEATHER: clear | MAX TEMP: 36 °F | MIN TEMP: 78 °

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| work on SheeTRock 2nd Floar | RPWalloce | 1 | SUPT. | 10 |
| | | 1 | carPenTer | 10 |
| work on Framing under | | 1 | PainTer | 10 |
| new windows inside 1sT Floor | | | | |
| | | | | |
| work on holes in SemenT wall | | | | |
| AT East ind of Bldg. | | | | |
| | | | | |
| Broke Down scaFeling & | | | | |
| Pick Board | | | | |
| | | | | |
| | | | | |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 30

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 4173

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 4203

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED:
Check All Power EquipmenT

yes — SAFETY REQUIREMENTS HAVE BEEN MET.

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB:
N/A

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY:
SAME

REMARKS

Wm G. Miniard

Wm G. Miniard
CONTRACTOR/SUPERINTENDENT

12-13-94
DATE

FORM 01400-1 6/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-13-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT |
|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | |
| | MATERIALS ARE STORED PROPERLY | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | |
| | TESTING PLAN HAS BEEN REVIEWED | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | |

| PHASE | | | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|---|
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | | N/A | N/A |
| | SAMPLE HAS BEEN PREPARED/APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | | | |
| | TEST RESULTS ARE ACCEPTABLE | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | | | |

| PHASE | | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE.<br>work on SheeTRock 2nd Floor<br>work on window Framingr 1sT Floor<br>work on paTching sement over Windows<br>Took Down scaFeling | N/A |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

[signature] 12-13-94

AUTHORIZED QC MANAGER AT SITE — DATE

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

[signature] 12/14/94

GOVERNMENT QUALITY CONTROL MANAGER — DATE

FORM 01400-1 6/91

(Back)

Sheet of

# CON. ACTOR PRODUCTION REPOR.

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE: 12-14-94

CONTRACT NO.: 91-C-7226
TITLE AND LOCATION: Bldg. 58
REPORT NO.:

CONTRACTOR: R.P Wallace Roofing Co.
SUPERINTENDENT: Wm. G Miniard

AM WEATHER: PT Cloudy
PM WEATHER: PT Cloudy
MAX TEMP: 43 °F
MIN TEMP: 78 °F

## WORK PERFORMED TODAY

| WORK LOCATION AND DESCRIPTION | EMPLOYER | NUMBER | TRADE | HRS |
|---|---|---|---|---|
| Work on Trim AT East 1st 2nd | RPWallace | 1 | SUPT. | 11 |
| Floor Windows | " " | 1 | carpenter | 10 |
| | " " | 1 | painter | 10 |

**JOB SAFETY**

WAS A JOB SAFETY MEETING HELD THIS DATE? ☑ YES ☐ NO
(If YES attach copy of the meeting minutes)

WERE THERE ANY LOST TIME ACCIDENTS THIS DATE? ☐ YES ☑ NO
(If YES attach copy of completed OSHA report)

WAS TRENCHING/SCAFFOLD/HV ELECTRICAL/HIGH WORK DONE? ☐ YES ☑ NO
(If YES attach statement or checklist showing inspection performed)

WAS HAZARDOUS MATERIAL/WASTE RELEASED INTO THE ENVIRONMENT? ☐ YES ☑ NO
(If YES attach description of incident and proposed action)

TOTAL WORK HOURS ON JOB SITE THIS DATE: 31

CUMULATIVE TOTAL OF WORK HOURS FROM PREVIOUS REPORT: 4203

TOTAL WORK HOURS FROM START OF CONSTRUCTION: 4234

LIST SAFETY ACTIONS TAKEN TODAY/SAFETY INSPECTIONS CONDUCTED:
Check All Power Equipment

SAFETY REQUIREMENTS HAVE BEEN MET: yes

EQUIPMENT/MATERIAL RECEIVED TODAY TO BE INCORPORATED IN JOB:
6-Galon paint, 1-Galon Minralspurits
9-1X6-10', 2-1X8 10', 10-1X8-8', 10-1X2-10', 4-1X8-8', 8-1X4-6',
1-Sheet 5/8-4X8 Sheet Rock, 1-Sheet 5/8-4X12 Sheet Rock

CONSTRUCTION AND PLANT EQUIPMENT ON JOB SITE TODAY. INCLUDE NUMBER OF HOURS USED TODAY:
SAme

REMARKS:

Wm G Miniard

Wm G. Miniard
CONTRACTOR/SUPERINTENDENT

12-14-94
DATE

FORM 01400-1 6/91

06-91-7226
01400-15

Sheet of

# CONTRACTOR QUALITY CONTROL REPORT

(ATTACH ADDITIONAL SHEETS IF NECESSARY)

DATE 12-14-94

| PHASE | Y - YES; N - NO, SEE REMARKS; BLANK - NOT APPLICABLE | | IDENTIFY DEFINABLE FEATURE OF WORK, LOCATION AND LIST PERSONNEL PRESENT | TESTING PERFORMED & WHO PERFORMED TEST |
|---|---|---|---|---|
| PREPARATORY | THE PLANS AND SPECS HAVE BEEN REVIEWED | | | |
| | THE SUBMITTALS HAVE BEEN APPROVED | | | |
| | MATERIALS COMPLY WITH APPROVED SUBMITTALS | | | |
| | MATERIALS ARE STORED PROPERLY | | | |
| | PRELIMINARY WORK WAS DONE CORRECTLY | | | |
| | TESTING PLAN HAS BEEN REVIEWED | | | |
| | WORK METHOD AND SCHEDULE DISCUSSED | | | |
| INITIAL | PRELIMINARY WORK WAS DONE CORRECTLY | | N/A | N/A |
| | SAMPLE HAS BEEN PREPARED/APPROVED | | | |
| | WORKMANSHIP IS SATISFACTORY | | | |
| | TEST RESULTS ARE ACCEPTABLE | | | |
| | WORK IS IN COMPLIANCE WITH THE CONTRACT | | | |
| FOLLOW-UP | WORK COMPLIES WITH CONTRACT AS APPROVED IN INITIAL PHASE | | Work on windows 2nd Floor | N/A |

| REWORK ITEMS IDENTIFIED TODAY (NOT CORRECTED BY CLOSE OF BUSINESS) | REWORK ITEMS CORRECTED TODAY (FROM REWORK ITEMS LIST) |
|---|---|
| N/A | N/A |

REMARKS

On behalf of the contractor, I certify that this report is complete and correct and equipment and material used and work performed during this reporting period is in compliance with the contract drawings and specifications to the best of my knowledge except as noted in this report.

Wm D Miniard — AUTHORIZED QC MANAGER AT SITE

12-14-94 — DATE

# GOVERNMENT QUALITY ASSURANCE REPORT

DATE

QUALITY ASSURANCE REPRESENTATIVE'S REMARKS AND/OR EXCEPTIONS TO THE REPORT

12/15/94 I informed Ray Swain with PW that computer room windows are ready for Satellite Serv. to install window unit. I also told him that Satellite Serv. can pick-up the other window unit on floor of conf. room and bring to storage.

M. Arnone — GOVERNMENT QUALITY CONTROL MANAGER

12/15/94 — DATE

FORM 01400-1 6/91 (Back) Sheet of