**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. WALLACE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **No. 96-222C** |
| **v.** | ) | **(Judge Allegra)** |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S REPORT REGARDING DISCOVERY**

In accordance with the Court's order, dated May 7, 2003, as amended, defendant respectfully submits this report regarding discovery. The daily reports created by plaintiff for the period of November 22, 1994, through December 14, 1994, which defendant previously thought to be missing from its files, but which were found after the close of discovery (see Declaration of Michael F. Kiely, dated May 30, 2003), were not responsive to any discovery requests of plaintiff because plaintiff, as it itself stated in its report, dated May 16, 2003, did not submit to defendant in the course of this litigation any requests for the production of documents.

Respectfully submitted,

ROBERT D. McCALLUM, JR.
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/Michael F. Kiely

MICHAEL F. KIELY
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 305-7572

Attorneys for Defendant

OF COUNSEL

ELLEN M. EVANS, ESQ.
Department of the Navy
Washington, DC 20374

Date: May 30, 2003