# In The United States Court of Federal Claims

No. 96-222C

(Filed: June 12, 2003)

R. P. WALLACE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

Closing argument was held today in this case. Participating were J. Hatcher Graham, on behalf of plaintiff, and Michael F. Kiely, on behalf of defendant. As discussed prior to closing argument, on or before June 16, 2003, defendant shall file all of the daily construction reports not yet admitted as evidence, marked as a single exhibit, which exhibit shall be admitted into evidence in this case. Notwithstanding the fact that this is an electronic filing case, defendant shall file these reports in hardcopy with the Clerk's office. On or before, June 18, 2003, the parties shall file a joint status report indicating how, if at all, plaintiff shall respond evidentiary-wise to the newly admitted daily reports.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge