# In the United States Court of Federal Claims

**96-222 C**

**Filed: 6/6/03**

**R. P. WALLACE, INC.,**

**v.**

**THE UNITED STATES**

**Transcript of proceedings of May 6, 2003**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 219-9657 between the hours of 8:45 am and 5:15 pm Eastern time.