IN THE UNTIED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| R.P. WALLACE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 96-222 C |
| | ) | (Judge Allegra) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

PLAINTIFF'S STATUS REPORT

In accordance with the Court's Order of June 12, 2003, plaintiff reports to the Court that it presently does not intend to continue to explore the issue of the additional Daily Reports introduced by the defendant on the trial of the matter. The undersigned is authorized to report that counsel have discussed the content of this report and that defendant does not object to the filing hereof.

While it remains the position of the plaintiff that this material was discovered by agents of the defendant prior to the time the final trial exhibits were agreed upon and in sufficient time to alert both the Court and the plaintiff as to their existence, the plaintiff is aware of the Court's position that the Daily Reports will be admitted into the record.

In reviewing the specific reports, it is plaintiff's position that additional briefing or argument will not be necessary. In plaintiff's view, the reports accurately reflect that additional new windows were being received and installed until 11 January, 1995, and that not all of the windows were being installed because of damage or manufacturer's error. It is plaintiff's position that the record can be closed and that the case is ready for decision.

This 19th day of June, 2003.

Respectfully submitted,

/s/ ________________
John C. McManus
D.C. Bar No. 385585
Attorney for plaintiff

P.O. Box 95269
Atlanta, Georgia 30347
(404) 929-9122