# In The United States Court of Federal Claims

No. 96-222C

(Filed: July 23, 2003)

R. P. WALLACE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On July 2, 2003, defendant filed, in accordance with the court's order of June 12, 2003, defendant's exhibit no. 23. That exhibit consists of copies R.P. Wallace's contractor production reports and contractor quality control reports, not yet admitted into evidence, for the period of November 22, 1994, through December 14, 1994.

Although this in an ECF case, the Clerk, hereby, is directed to file the hardcopies submitted by defendant.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge