**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| R. P. WALLACE, INC., Plaintiff, | ) |
| v. | ) No. 96-222C (Judge Allegra) |
| THE UNITED STATES, Defendant. | ) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Mr. Kenneth S. Kessler, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

NNETH S. KESSLER
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Telephone (202) 305-7562
Facsimile (202) 305-7643

s/
KENNETH S. KESSLER
Attorney
Commercial Litigation Branch
Civil Division
(202) 305-7562

Dated: August 6, 2003

CERTIFICATE OF FILING

I hereby certify that on August 6, 2003, a copy of foregoing "notice of appearance" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kenneth S. Kessler