ORIGINAL

# In The United States Court of Federal Claims

No. 96-222C

(Filed: December 3, 2003)

FILED
DEC - 3 2003
U.S. COURT OF FEDERAL CLAIMS

R. P. WALLACE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

In the course of analyzing the evidence provided at trial in this case, and the legal arguments presented by the parties through previously filed motions and briefs, the court has concluded that further supplemental briefing is required.

Because the outcome of this case potentially hinges on whether the defective specifications provided to plaintiff by the government were the cause of delays in the submittal, fabrication, and installation phases of the window portion of the contract between the parties, the court now requests the parties' views on what should be the proper standard for determining causation in this case. Specifically, the parties should identify for the court legal authorities that might bear upon the court's analysis of the extent to which the defective specifications caused the delay.

The parties shall simultaneously file their briefs on or before January 16, 2004, in form consistent with the requirements of RCFC 5.2.

**IT IS SO ORDERED.**

Francis M. Allegra
Judge