**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **R.P. WALLACE, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 96-222C** |
| | ) | **(Judge Allegra)** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COURT'S DECEMBER 3, 2003 ORDER REQUESTING SUPPLEMENTAL BRIEFING**

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests an enlargement of time of 21days, to and including March 12, 2004, to respond to the Court's order, dated December 3, 2004, requesting supplemental briefing. Defendant's response is presently due on February 20, 2004, the Court having previously granted our first unopposed motion for a 35-day enlargement of time. On February 14, 2004, plaintiff's counsel, J. Hatcher Graham, indicated that plaintiff consents to the Court granting this motion.

The Court's December 3, 2003 order requests the parties to "identify legal authorities that might bear upon the Court's analysis of the extent to which the defective specifications caused the delay" in this case. As set forth in our first motion for an extension of time, the Government asked for additional time to permit its newly-appointed counsel sufficient time to review the testimony and exhibits presented at trial and to confer with certain key agency personnel and Government witnesses. One of the Government's key witnesses was the Government's testifying delay expert, Mr. Steven Weathers, whose contract with the Government expired at the close of the 2003 calendar year. Mr. Weathers's services are deemed vital to analyzing and responding to the delay issues referenced by the Court's December 3, 2003 order. The Government's ability to

fully confer with its witnesses and prepare our brief has been delayed for the reasons set forth below.

First, due to unavoidable delays within the Department of Justice's procurement process, Mr. Weathers was not authorized to provide his expert services to Government counsel before February 5, 2004. He is currently providing the sought-after services. Second, since the Government's last extension of time, Government counsel's availability to confer with witnesses and prepare the Government's supplemental brief has been stymied due to medical reasons. This is because Government counsel was out of the office on medical leave for most of the period from January 21 through January 30, 2004, in connection with hand surgery. Further, as a result of a cast and post-operative procedures, Government counsel still has not resumed a full workload. Government counsel's impairment is currently expected to be resolved in early March. The Government believes that the requested 21-day enlargement of time will provide sufficient time for the new Government counsel to conclude his review of the trial transcripts and exhibits, confer with Government witnesses, and prepare and file the Government's supplemental brief in this case.

For the reasons set forth above, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time of 21 days, to and including March 12, 2004,[1] in which to file a supplemental brief in response to the Court's December 3, 2004 order.

---

[1] The December 3, 2003 order directs the parties to file their briefs "simultaneously." For consistency's sake, and with the consent of both parties, we request that, if the Court grants this motion for an enlargement of time, plaintiff be awarded the same amount of additional time in which to file its supplemental brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Deborah A. Bynum

DEBORAH A. BYNUM
Assistant Director

s/Kenneth S. Kessler

KENNETH S. KESSLER
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L St., NW, 8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7562
Facsimile: (202) 305-7643
Attorneys for Defendant

OF COUNSEL

ELLEN M. EVANS
Department of the Navy
Washington, DC 20374

Date: February 17, 2004