# In The United States Court of Federal Claims

No. 96-222C

(Filed: March 15, 2004)

R. P. WALLACE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**ORDER**

On February 18, 2004, the court issued an order extending the deadline for submission of the parties' simultaneous briefs to March 12, 2004. The court now orders that the parties submit said briefs on or before March 24, 2004.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge