# In The United States Court of Federal Claims

No. 96-222C

(Filed: March 29, 2004)

R. P. WALLACE, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On March 24, 2004, the court received plaintiff's brief in response to judge's request. On March 17, 2003, the parties were notified that this matter had been designated as an electronic case, and that all filings from that date forward were to be filed electronically. Accordingly, the Clerk is directed to return the attached documents, and plaintiff is instructed to properly filed them in electronic form.

**IT IS SO ORDERED.**

s/Francis M. Allegra
Francis M. Allegra
Judge