# In the United States Court of Federal Claims

**No. 96-222 C**

**R.P. WALLACE, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed December 17, 2004,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $4,200.00. No costs.

Brian Bishop
Clerk of Court

**December 17, 2004**

By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies

and listing of all plaintiffs. Filing fee is $255.00.